Gregory Kafoury, OSB No. 741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB No. 890869
mcdougal@kafourymcdougal.com
Charles Merten, OSB No. 630582
cjmerten@gmail.com
Of Counsel

Kafoury & McDougal
320 SW Stark Street, Suite 202
Portland OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673

Attorneys for Plaintiff Bonnie McElrath

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| BONNIE MCELRATH,<br><br>Plaintiff,<br><br>v.<br><br>FISH RITE, Inc., an Oregon Corporation, JAMIE DORSEY, SR., AND BARBARA DORSEY,<br><br>Defendants. | Case No. CV-08-1159-KI<br><br>REQUEST FOR ORAL ARGUMENT, AND ARGUMENT BY TELEPHONIC CONFERENCE |

Plaintiff requests (1) oral argument relating to defendant's Motion to Dismiss; and (2) argument by telephonic conference.

//

//

1 – REQUEST FOR ORAL ARGUMENT,
AND ARGUMENT BY TELEPHONIC CONFERENCE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com

Plaintiff's attorney's office is in Portland, Oregon, in excess of 300 miles from Medford, and an argument by phone is warranted.

DATED this 5th day of December, 2008.

_____
Gregory Kafoury, OSB #74166
mcdougal@kafourymcdougal.com
Charles Merten, OSB #630582
cjmerten@gmail.com
Of Counsel
Phone: (503) 224-2647
Fax: (503) 224-2673
Attorneys for Plaintiff Bonnie McElrath

2 – REQUEST FOR ORAL ARGUMENT,
AND ARGUMENT BY TELEPHONIC CONFERENCE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com