FILED'09 NOV 06 12:59USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BONNIE McELRATH,

        Plaintiff,

    v.

FISH RITE, INC., an Oregon corporation, JAMES DORSEY, SR., and BARBARA DORSEY,

        Defendants.

Case Number CV 08-1159-CL

**ORDER TO SHOW CAUSE**

CLARKE, Magistrate Judge.

    It was ordered that a pretrial order be lodged by October 15, 2009 (#22). No pretrial order has been lodged. Therefore,

    IT IS ORDERED that Plaintiff shall show cause as to why this action should not be dismissed for want of prosecution by filing a report with the Court by November 17, 2009. Failure to file this report will result in dismissal of the case.

DATED this ____ day of November, 2009

MARK D. CLARKE
United States Magistrate Judge

Page 1 - ORDER TO SHOW CAUSE