Gregory Kafoury, OSB No. 741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB No. 890869
mcdougal@kafourymcdougal.com
Charles Merten, OSB No. 630582
cjmerten@gmail.com
Of Counsel
Kafoury & McDougal
320 SW Stark Street, Suite 202
Portland OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673

Attorneys for Plaintiff Bonnie McElrath

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| BONNIE MCELRATH, | Case No. CV-08-1159-KI |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION FOR DEFAULT, OR TO STRIKE (ORAL ARGUMENT REQUESTED) (TELEPHONE HEARING REQUESTED) |
| FISH RITE, Inc., an Oregon Corporation, JAMIE DORSEY, SR., AND BARBARA DORSEY, | |
| Defendants. | |

L.R. 7.1 (a)(i) CERTIFICATE OF COMPLIANCE

I hereby certify that I made a good faith effort to resolve the issue raised in these motions by a phone conference with defense counsel, Joseph Charter, but our efforts to resolve the issues failed.

Page 1 –    PLAINTIFF'S MOTION FOR DEFAULT, OR TO STRIKE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com

1                                    MOTIONS

2         Plaintiff moves for an Order entering a default against the defendants

3     and each of them, for failure to timely file their answer.

4         Alternatively, Plaintiff moves for Orders striking from Defendant's Answer

5     filed November 19, 2009 the following:

6

7

8         1.    Defendant's First Affirmative Defense; and/or

9         2.    Defendant's Second Affirmative Defense; and/or

10        3.    Defendant's Third Affirmative Defense; and/or

11        4.    Defendant's Fourth Affirmative Defense; and/or

12        5.    Defendant's Fifth Affirmative Defense; and/or

13        6.    Defendant's Sixth Affirmative Defense; and/or

14

15        7.    Defendant's Seventh Affirmative Defense; and/or

16        8.    Defendant's First Counter-Claim.

17

18

19    //

20

21    //

22

23

24    //

25

26

Page
   2 –    PLAINTIFF'S MOTION FOR DEFAULT, OR TO STRIKE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com

1       In support hereof, Plaintiff relies upon defendant's failure to comply with

2  FRCP 12(4)(A), the law of the case, the fact that a request for attorney fees in

3  defending a case is not a counterclaim, the BOLI probable cause finding issued

4  in Plaintiff's favor on the underlying facts of this case, the records and

5

6  documents now in the court file, the memorandum supporting this motion and

7  the Declaration of Charles J. Merten attached to said memorandum.

8  DATED: November 24, 2009

9

10

11              Charles J. Merten, OSB #630582
                  Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page

3 –   PLAINTIFF'S MOTION FOR DEFAULT, OR TO STRIKE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com