Gregory Kafoury, OSB No. 741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB No. 890869
mcdougal@kafourymcdougal.com
Charles Merten, OSB No. 630582
cjmerten@gmail.com
Of Counsel
Kafoury & McDougal
320 SW Stark Street, Suite 202
Portland OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673

Attorneys for Plaintiff Bonnie McElrath

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BONNIE MCELRATH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FISH RITE, Inc., an Oregon Corporation, JAMIE DORSEY, SR., AND BARBARA DORSEY,<br><br>　　　　Defendants. | Case No. CV-08-1159-KI<br><br>DECLARATION OF CHARLES J. MERTEN SUPPORTING MOTIONS FOR DEFAULT, OR ALTERNATIVELY, TO STRIKE |

I, Charles J. Merten, hereby declare:

1. I am the attorney for the Plaintiff.

2. The facts stated in footnote 4 of Plaintiff's Memorandum

1 – DECLARATION OF CHARLES J. MERTEN SUPPORTING MOTIONS FOR DEFAULT, OR ALTERNATIVELY, TO STRIKE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com

Supporting these motions are known to me personally and they are true.

3. When I filed this case on behalf of the Plaintiff I relied in part upon the detailed findings and determination of BOLI stating that Fish Rite, Inc., and Jamie Dorsey, Sr. had subjected Plaintiff to a sexually hostile work environment and retaliation for opposing said environment. Those findings are part of the court record in this case.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: November 24, 2009

_____
Charles J. Merten, OSB #630582
Attorney for Plaintiff

2 –   DECLARATION OF CHARLES J. MERTEN SUPPORTING MOTIONS FOR DEFAULT, OR ALTERNATIVELY, TO STRIKE

KAFOURY & McDOUGAL
320 SW Stark Street, #202
Portland, OR 97204
Tel (503) 224-2647
Fax (503) 224-2673
(lastname)@kafourymcdougal.com