JOSEPH M. CHARTER, P.C.
Joseph M. Charter, OSB #911581
800 West 8th Street
Medford, OR 97501
Telephone: (541) 779-9330
Facsimile: (541)773-3653
Charter@AshlandOregon.org
-- Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BONNIE McELRATH,<br><br>                    Plaintiff,<br><br>Vs.<br><br>FISH RITE, INC., an Oregon Corporation; JAMIE DORSEY, SR.; and BARBARA DORSEY,<br><br>                    Defendants. | Case No. CV-08-1159-CL<br><br>NOTICE OF SETTLEMENT |

Defendants hereby notify the Court that the above-referenced case was settled by way of Settlement Conference held by the Honorable Lyle C. Velure at the Wayne L. Morse Courthouse located at 405 East 8th Avenue in Eugene, Oregon on December 4, 2009.

DATED this _____ day of December, 2009.

JOSEPH M. CHARTER, P.C.

By: _____
JOSEPH M. CHARTER, OSB #911581
Attorney for Defendants
E-mail: charter@ashlandoregon.org

Page 1 – NOTICE OF SETTLEMENT

CERTIFICATE OF SERVICE

I, Joseph M. Charter, attorney for Defendants Fish Rite, Inc., Jamie Dorsey, Sr. and Barbara Dorsey, hereby certify that I served the foregoing NOTICE OF SETTLEMENT on the following interested party on the date forth herein below:

Charles J. Merten, OSB #630582        Tel. No. (503) 227-2405
320 S.W. Stark St., Suite #205        Fax No. UNKNOWN
Portland, OR  97204                   E-mail: cjmerten@gmail.com
-- Attorney for Plaintiff, Bonnie McElrath

[X]  by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the individual as shown above, to the last-known office address of the individual, and deposited with the United States Postal Service at Medford, Oregon, on the date set forth below.

[ ]  by causing a full, true, and correct copy thereof to be **hand-delivered** to the individual at the individual's last known address listed above.

[ ]  by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the individual as shown above, at the last known address of the individual as listed above.

[ ]  by **faxing** a full, true, and correct copy thereof to the individual at the fax number shown above, which is the last known fax number for the individual. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this  30th  day of December, 2009.

_____
JOSEPH M. CHARTER, OSB #911581
Attorney for Defendants

Page 2 -- NOTICE OF SETTLEMENT