FILED'10 JAN 04 10:08USDC-ORM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BONNIE McELRATH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FISH RITE, INC., an Oregon corporation, )<br>JAMIE DORSEY, SR., and BARBARA )<br>DORSEY, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 08-1159-CL<br><br>**60-DAY JUDGMENT<br>OF DISMISSAL** |

Counsel having informed the Court that this action has been resolved,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate the final settlement within sixty (60) days of the date of this Order. Each party shall bear its own costs and fees.

DATED this \_\_\_\_4\_\_\_\_ day of \_\_January\_\_, 2010.

MARY L. MORAN, Clerk of Court

/s/ R Moore
R Moore
Courtroom Deputy